

Entered on Docket
April 14, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge
_____

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Charles J. Holl and Julie A. Holl

E-FILED: April 12, 2011

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) Case No. BKS-10-24263-BTB |
|---|---|
|  | ) Chapter 13 |
|  | ) |
|  | ) Hearing Date:  March 31, 2011 |
| **Charles J. Holl and Julie A. Holl**, | ) Hearing Time:  3:05 P.M. |
|  | ) |
|  | ) |
| Debtor(s). | ) |
|  | ) |

**ORDER ON MOTION TO VALUE CLAIM OF HSBC/POLARS AND REQUEST FOR REDUCTION BY DEBTORS**

THE ABOVE MATTER having been heard at the time and date above:

IT IS HEREBY ORDERED that HSBC/POLARS's secured claim for 2006 SUZUKI GSX600 be modified and reduced to $2,500.00, which sum shall be paid through the Debtors' Chapter 13 plan;

IT IS FURTHER ORDERED that the rate of interest to be paid on HSBC/POLARS's secured lien shall be 6.5%;

IT IS FURTHER ORDERED that the balance of HSBC/POLARS shall be classified and paid as a general unsecured claim to receive pro rata with other general unsecured claims.

IT IS FURTHER ORDERED that in the even the instant Chapter 13 matter is dismissed or converted to a Chapter 7 the instant order shall be vacated.

Dated: April 12, 2011

Submitted by: /s/George Haines, Esq.
                 George Haines, Esq.
                 Attorney for the Debtor

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    APPROVED:

    DISAPPROVED:

    FAILED TO RESPOND:

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines Esq.
                 George Haines, Esq.
                 Attorney for the Debtor

###