UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:                                                                              Case No. 10-24263-BTB
    CHARLES J HOLL, III
    JULIE A HOLL
         Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Rick A. Yarnall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>07/29/2010</u>.

2) The plan was confirmed on <u>05/09/2011</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA</u>.

5) The case was converted on <u>09/10/2013</u>.

6) Number of months from filing to last payment: <u>32</u>.

7) Number of months case was pending: <u>38</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$6,770.25</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,333.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     $22,333.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,962.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,193.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$7,156.43**

Attorney fees paid and disclosed by debtor:     $1,900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Acccorp of Southern Nevada | Unsecured | 628.51 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 7,101.00 | 0.00 | 7,285.31 | 348.93 | 0.00 |
| AMERICAN EXPRESS CENTURION BA | Unsecured | 1.00 | 0.00 | 16.38 | 0.00 | 0.00 |
| American General Finan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Americas Servicing Co | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Amex | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Atlantic City Firemn F | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bank Of The West | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bay Area Credit Servic | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Bk Of Amer | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bp/cbsd | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Byl Collection Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE N A | Secured | 3,204.00 | 0.00 | 865.98 | 865.98 | 0.00 |
| CAPITAL ONE N A | Unsecured | NA | 0.00 | 2,213.75 | 106.03 | 0.00 |
| CHASE BANK USA NA | Unsecured | 999.00 | 0.00 | 962.12 | 43.43 | 0.00 |
| Chase Manhattan Mtge | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chevron / Texaco Citibank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citgo Oil / Citibank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Clark County Collectio | Unsecured | 1,759.00 | NA | NA | 0.00 | 0.00 |
| COAST 2 COAST FINANCIA | Unsecured | 1,759.00 | NA | NA | 0.00 | 0.00 |
| Community One FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cpu/citi - Conoco Phillips Union | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Crossland Mtg/fhlmc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 968.00 | 0.00 | 1,087.15 | 49.09 | 0.00 |
| DISCOVER BANK | Unsecured | 11,766.00 | 0.00 | 12,098.54 | 579.46 | 0.00 |
| Dovenmuehle Mortgage | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 12,690.00 | 0.00 | 12,910.65 | 618.36 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION | Unsecured | 358.00 | 0.00 | 391.81 | 18.77 | 0.00 |
| Exxmblciti | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES AKA BANK OF  | Unsecured | 15,973.00 | 0.00 | 16,575.13 | 793.87 | 0.00 |
| First Consumers National Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Usa Bank N A | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| First Usa Bank N A | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Corporation | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| G M A C | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB / Mervyns | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Gemb/jcp | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Gemb/walmart | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Green Tree Servicing L | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc/Ms | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc/polars | Secured | 10,799.00 | 0.00 | 2,500.00 | 0.00 | 0.00 |
| Hsbc/rs Ce | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INSTITUTE OF ORTHOPAEDIC SURGE | Unsecured | 946.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 0.00 | 7,102.30 | 340.17 | 0.00 |
| Iq Data Int | Unsecured | 2,251.00 | NA | NA | 0.00 | 0.00 |
| Irwin Home Equity | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK N A | Unsecured | 159,515.00 | 0.00 | 159,930.11 | 7,659.88 | 0.00 |
| Litton Loan Servicing | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC ASSIGNEE OF C | Unsecured | 872.00 | 0.00 | 899.98 | 40.63 | 0.00 |
| MACYS/FDSB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Nco Group Fin Systems | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Nco Group Fin Systems | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| New Century Mortgage C | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | 14,162.00 | 0.00 | 14,930.75 | 715.11 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,478.00 | 0.00 | 3,586.50 | 171.78 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 997.00 | 0.00 | 1,046.38 | 47.24 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,285.00 | 0.00 | 1,225.90 | 55.35 | 0.00 |
| Professional Collecito | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Shell Oil / Citibank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| U.S Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Us Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION  | Secured | 359,210.00 | 0.00 | 359,210.96 | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 14,078.00 | 0.00 | 14,888.26 | 713.08 | 0.00 |
| Victoria's Secret | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Weststar Credit Union | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wfnnb/pottery Barn | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $359,210.96 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,500.00 | $0.00 | $0.00 |
| All Other Secured | $865.98 | $865.98 | $0.00 |
| **TOTAL SECURED:** | **$362,576.94** | **$865.98** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$257,151.02** | **$12,301.18** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,156.43 |
| Disbursements to Creditors | $13,167.16 |
| **TOTAL DISBURSEMENTS :** | **$20,323.59** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/26/2013             By: /s/ Rick A. Yarnall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**